```
 1 │ JANET M. HEROLD
   │ Regional Solicitor
 2 │ NORMAN E. GARCIA, Senior Trial Attorney
   │ California State Bar Number 215626
 3 │ United States Department of Labor
   │ Office of the Solicitor
 4 │ 90 Seventh Street, Suite 3-700
   │ San Francisco, California 94103
 5 │ Telephone: (415) 625-7747
   │ Facsimile: (415) 625-7772
 6 │ email: garcia.norman@dol.gov
 7 │ Attorneys for Plaintiff, Hilda L. Solis, Secretary
   │ United States Department of Labor
 8 │
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>Petitioner,<br><br>v.<br><br>UNITED BUFFET, INC. dba CRAZY BUFFET, a corporation; ZHOU NI, an individual,<br><br>Respondents. | Case No.: 11-cv-4194-RMW<br><br>~~[PROPOSED]~~ ORDER TO SHOW CAUSE<br><br>Honorable Ronald M. Whyte<br><br>Date:<br>Time:  10:00 AM<br>Location:    280 S. First Street, Rm. 2112<br>             San Jose CA 95113,<br>Courtroom: 6 |

Petitioner, HILDA L. SOLIS, Secretary of Labor, U.S. Department of Labor ("Secretary"), filed a Petition for Civil Contempt ("Petition") praying that United Buffet, Inc. dba Crazy Buffet and Zhou Zi (collectively "Respondents") be prosecuted for civil contempt for failure to comply with the Court's February 29, 2012, Order.

Upon consideration of the Petition, and good cause appearing therefor,

IT IS HEREBY ORDERED that Respondents appear at a hearing on _____, 2013, ~~10:00~~ a.m. in Courtroom 6 in the United States District

1  Court for the Northern District of California, San Jose Division, located at 280 S. First
2  Street, Rm. 2112, San Jose, California 95113, to show cause, if any there be, why
3  Respondents should not be adjudged to be in civil contempt of this Court for failure to
4  comply with the Order of this Court, as alleged in the Petition; and
5      IT IS FURTHER ORDERED that an Investigator from the Wage and Hour
6  Division, U.S. Department of Labor, shall forthwith serve copies of this Order to Show
7  Cause and a copy of the Petition and supporting documents on Respondents United
8  Buffet, Inc. dba Crazy Buffet and Zhou Zi; and
9      IT IS FURTHER ORDERED that Respondents serve and file with the Clerk of
10 this Court, no later than _____, 2013, a response to the Petition,
11 specifically admitting or denying each allegation of the Petition, and setting forth the
12 cause, if any there be, why the Petition should not be granted.  Respondents shall also
13 serve a copy of their response on the attorneys for Petitioner, as specified in the Federal
14 Rules of Civil Procedure.
15     IT IS FURTHER ORDERED that the Petitioner shall have until _____,
16 2013 to file a reply.

18 SO ORDERED.

20 Dated: _____

              *Ronald M. Whyte*
              Ronald M. Whyte
              United States District Judge