JANET M. HEROLD
Regional Solicitor
ANDREW J. SCHULTZ, Trial Attorney
California State Bar Number 237231
United States Department of Labor
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, California 94103
Telephone: (415) 625-7745
Facsimile: (415) 625-7772
email: schultz.andrew@dol.gov

Attorneys for Plaintiff, Thomas E. Perez,[1] Secretary
United States Department of Labor

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, <br><br>  Petitioner, <br><br>  v. <br><br> UNITED BUFFET, INC. dba CRAZY BUFFET, a corporation; ZHOU NI, an individual, <br><br>  Respondents. | Case No. Case No.: 11-cv-4194-RMW <br><br> **ORDER CANCELLING AUGUST 30, 2013, SHOW CAUSE HEARING** <br><br> Honorable Ronald M. Whyte |

GOOD CAUSE APPEARING, the Secretary having withdrawn his May 15, 2013, Petition for Civil Contempt, the court will not hold a hearing on August 30, 2013,

---

[1] Thomas E. Perez was sworn in as the Secretary of Labor on July 23, 2013. Pursuant to FRCP

1 on why Zhou Ni and United Buffet, Inc., doing business as Crazy Buffet, should not be

2 held in civil contempt for failure to comply with the judgment entered by this Court in

3

4 this matter. IT IS SO ORDERED.

5

6 Dated: 8/19/2013

7                                      RONALD M. WHYTE

8                                      United States District Judge

---

25(d) the caption has been changed to reflect his appointment.